## BANKS *v.* WARDEN OF MARYLAND PENITENTIARY

[App. No. 89, September Term, 1963.]

*Decided January 28, 1964.*

Before HENDERSON, HAMMOND, PRESCOTT, HORNEY and MARBURY, JJ.

PER CURIAM.

For the reasons assigned by Judge Harlan in the court below, the application for leave to appeal will be denied.

*Application denied.*